59,247-03,04

Mr. Jose M. Vasquez
TDCJ-ID #789607
697 F.M. 980 (Ellis Unit)
Huntsville, Texas 77343
March 30, 2015

Mr. Abel Acosta
Clerk
Court Of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Re: Writ No. WR59,247-03; WR59,247-04

Dear Clerk:

Concerning Above-referenced causes, please provide a docket sheet and ruling for each separate cause number. Thank you for your time and assistance.

Sincerely,
Mr. Vasquez